

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00553-CV

**IN RE** Sterling **DE LOS SANTOS**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: November 2, 2022

PETITION FOR WRIT OF MANDAMUS DISMISSED

On August 30, 2022, relator filed a petition for writ of mandamus complaining that the trial court abused its discretion by granting real party in interest's writ of habeas corpus. On October 3, 2022, we abated this original proceeding and ordered relator to file either an order from a hearing occurring on October 3, 2022 (the "October 3 hearing"), a transcript of the October 3 hearing, or the appropriate motion to dismiss this mandamus proceeding no later than fifteen days after the October 3 hearing. Relator did not file an order or transcript from the October 3 hearing. Likewise, relator did not file an appropriate motion to dismiss.

On October 20, 2022, we ordered relator to file an order from the October 3 hearing, a transcript from the October 3 hearing, or the appropriate motion to dismiss this mandamus

---

[1] This proceeding arises out of Cause No. 2022CI15379, styled *In the Interest of K.L.N., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.

proceeding on or before October 25, 2022. In the event relator could not obtain an order from the October 3 hearing, a transcript from the October 3 hearing, or otherwise comply with our October 20, 2022 order, we ordered relator to file an advisory detailing the reasons he could not obtain the order or transcript on or before October 24, 2022.[2] We put relator on notice that failure to comply with the order issued on October 20, 2022, would result in a dismissal of his mandamus petition. Relator has not filed an order from the October 3 hearing, a transcript from the October 3 hearing, or an advisory detailing the reasons why he could not comply with our October 20, 2022 order. Therefore, relator's petition for writ of mandamus is dismissed without prejudice. *See* TEX. R. APP. P. 42.3(c).

PER CURIAM

---

[2] Additionally, we lifted the abatement previously issued in this matter.